**Michael T. Garone, OSB #802341**
Email mgarone@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Defendants, Rent-A-Center

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| BRANDEN KUNZ, BRANDON TINDOL and JACY TODD, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>RENT-A-CENTER WEST, INC., a foreign corporation; and RENT-ACENTER, INC., a foreign corporation,<br><br>      Defendants. | No. 3:11-cv-00610-PK<br><br>JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT |

  Plaintiffs BRANDEN KUNZ, BRANDON TINDOL and JACY TODD ("Plaintiffs") and Defendants RENT-A-CENTER WEST, INC. and RENT-A-CENTER, INC. ("Defendants"), file this Joint Motion for Approval of Settlement Agreement, and respectfully state as follows:

  This is an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq*.  The parties have reached a resolution of this matter

and entered into a confidential Settlement Agreement. Plaintiffs, with advice of counsel, and having had a reasonable period of time in which to consider the Settlement Agreement, agree that payment under the terms of the settlement constitutes fair and equitable compensation for their alleged wage and overtime claims, that are subject to a bona fide dispute. A copy of the Settlement Agreement is being filed under seal concurrently herewith.

Wherefore, the parties respectfully request that the Court approve the Settlement Agreement.

Dated this 5th day of November, 2012.

Respectfully Submitted,

PETER STUTHEIT ATTORNEY AT LAW LLC

By: */s/ Peter Stutheit*
Peter Stutheit, OSB #061248
Telephone 503.493.7488
Attorneys for Plaintiffs, Branden Kunz, Brandon Tindol and Jacy Todd

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Michael T. Garone*
Michael T. Garone, OSB #802341
Robert F. Friedman
Texas Bar No. 24007207
Telephone 503.222.9981
Attorneys for Defendants, Rent-A-Center

Trial Attorney: Michael T. Garone