**Michael T. Garone, OSB #802341**
Email mgarone@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Defendants, Rent-A-Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRANDEN KUNZ, BRANDON TINDOL and JACY TODD, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>RENT-A-CENTER WEST, INC., a foreign corporation; and RENT-ACENTER, INC., a foreign corporation,<br><br>                  Defendants. | No. 3:11-cv-00610-PK<br><br>MEMORANDUM IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL |

This Memorandum is filed in Support of the parties' Joint Motion for Leave to File a Confidential Settlement Agreement Under Seal.

The Confidential Settlement Agreement, attached hereto as Exhibit 1, resolves an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.*  The FLSA, 29 U.S.C. 216(c), requires Court approval of a settlement agreement related to a claim for payment of back wages.  The Settlement Agreement contains a

confidentiality provision that requires the parties to maintain the confidentiality of terms of the agreement. To allow the Court to approve the Settlement Agreement, and to avoid a breach of confidentiality provision, the parties request that this Court seal the document.

As required by LR 3.7(e), filed herewith is a proposed order identifying the parties to this case and their counsel as the persons who are authorized to review, copy, photograph, and/or inspect the materials to be sealed and (b) instructing the clerk that the document should be excluded from the electronic docket as well as the public case file.

Dated this 5th day of November, 2012.

Respectfully Submitted,

PETER STUTHEIT ATTORNEY AT LAW LLC

By:  */s/ Peter Stutheit*
    Peter Stutheit, OSB #061248
Telephone 503.493.7488
Attorneys for Plaintiffs, Branden Kunz, Brandon Tindol and Jacy Todd

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  */s/ Michael T. Garone*
    Michael T. Garone, OSB #802341
    Robert F. Friedman
    Texas Bar No. 24007207
Telephone 503.222.9981
Attorneys for Defendants, Rent-A-Center

Trial Attorney: Michael T. Garone

DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STAY PROCEEDINGS AND COMPEL ARBITRATION AND BRIEF IN SUPPORT – Page 2
Firmwide:114720124.1 051536.1265